IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RITA ARREOLA and OLIVIA LUNN, On Behalf of Themselves and All Others Similarly Situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>5B NASHVILLE LLC, d/b/a The Twelve Thirty Club,<br><br>    *Defendant*. | COLLECTIVE ACTION<br><br>CASE NO. 3:22-cv-00115<br><br>CHIEF JUDGE CRENSHAW<br>MAGISTRATE JUDGE NEWBERN<br><br>JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiffs Rita Arreola and Olivia Lunn, on behalf of themselves and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b) give notice to the Court that the Parties have agreed to resolve this matter and submits this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice. Defendant 5B Nashville, LLC does not oppose this Motion.

Named Plaintiffs respectfully requests that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. After significant briefing related to whether Named Plaintiffs' claims should be compelled to arbitration, the Parties engaged in informal discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. After significant negotiation, the Parties reached a final agreement on all material issues, including the amounts to be paid as wages and damages to each of the Plaintiffs, service payments to the Named Plaintiffs for their leadership in this litigation, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Named Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, Named Plaintiffs further request that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiffs have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, Named Plaintiffs respectfully request that the settlement be approved. Defendant does not oppose this Motion.

Dated: October 4, 2022

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendant as listed below on October 4, 2022.

**WILLIAM A. BLUE, JR., (Bar No. 10378)**
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
750 Old Hickory Boulevard
Suite 260-2
Brentwood, TN 37027
Telephone: (615) 340-3800
zblue@constangy.com

**JASON D. FRIEDMAN**
CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP
12500 Fair Lakes Circle
Suite 300
Fairfax, VA 22033
(571) 522-6100
(571) 522-6101 (fax)
jfriedman@constangy.com

*Attorneys for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON
    MARTIN & GARRISON, LLC**