UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RITA ARREOLA and OLIVIA LUNN, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) COLLECTIVE ACTION ) |
| Plaintiffs, | ) CASE NO. 3:22-CV-00115 ) |
| v. | ) ) |
| 5B NASHVILLE LLC d/b/a The Twelve Thirty Club, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice (Doc. No. 74). The Court finds that the Settlement Agreement (Doc. No. 74-1) is a fair, reasonable and approprite compromise of a bona fide dispute under the Fair Labor Standards Act. The motion is **GRANTED** and this case is **DISMISSES WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
Chief United States District Judge